IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEKESHIA ANDERSON | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : DOCKET NO.: 13-3716 |
| | : |
| KENCREST SERVICES | : |
| | : |
| Defendant. | : |
| | : |

**MOTION FOR SUMMARY JUDMENT AS TO DEFENDANT KENCREST SERVICES
PURSUANT TO FED. R. CIV. P. 56**

Defendant, KenCrest Services, hereby moves for summary judgment. As established in the supporting Memorandum of Law Plaintiff's claims against Defendant should be dismissed because she cannot establish *prima facie* claims of discrimination brought pursuant to the Americans With Disabilities Act and the Family Medical Leave Act or common law wrongful discharge.

WHEREFORE, Defendant KenCrest Services, respectfully moves for summary judgment based upon Fed. R. Civ. P. 56 .

                                                Respectfully submitted,

                                                **SALMON, RICCHEZZA, SINGER & TURCHI LLP**

                                                By:   /s/ Michele L. Weckerly
                                                           Joseph L. Turchi
                                                           Michele L. Weckerly
                                                           *Attorneys for Defendant,*
                                                           *KenCrest Services*

Dated: 12/27/13