IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEKESHIA ANDERSON | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | DOCKET NO.: 13-3716 |
| KENCREST SERVICES | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of Defendant KenCrest's Services Motion For Summary Judgment and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED and Plaintiff's claims against KenCrest Services are dismissed with prejudice.

_____, U.S.D.C