## CERTIFICATE OF SERVICE

I, Michele L. Weckerly, hereby certify that a true and correct copy of KenCrest's Motion for Summary Judgment including the Motion, Memorandum of Law, and proposed Order were filed with the Court via electronic filing this 27th day of December, 2013, and were served on this date via electronic filing and regular mail to counsel of record.

Christine Burke, Esquire
Karpf, Karpf & Cerutti P.C.
3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020

**SALMON, RICCHEZZA, SINGER & TURCHI LLP**

By:   /s/ Michele L. Weckerly
Joseph L. Turchi
Michele L. Weckerly
*Attorneys for Defendant,*
*KenCrest Services*

Dated: 12/27/13