# Exhibit 2

# KEN-CREST SERVICES

SUPERVISORY CONTACT SHEET

Staff Name: DeKeisha Anderson          Position: PA

Supervisor: Domonique Lee              Position: CHS

Program: 5500 Heard Ave                Division: YAS

Date of Contact: 5/4/10    Reason for Contact: Verbal Abuse

Issue of Concern: It was reported to me on this date 4/29/10, After you came in to the site, You checked in on residents came downstairs introduced yourself to staff that was on duty. Then you went upstairs and noticed their were clothes still upstairs. You began to verbal abuse staff. One of the staff member tried to explain why the clothing was upstairs. The proper way you could have handled the situation would have been positive communication towards your coworker. You could have contacted me and I would have addressed the situation.

Staff's Signature: _D. Anderson_         Date: 5-4-20

Supervisor's Signature: _Domonique Lee_  Date: 5-4-10

Project Director's Signature: _____     Date: _____



DEPOSITION EXHIBIT
D-3
JJ 12/3/13

DEF    203