# Exhibit 5

KenCrest 20

## Ken-Crest Adult Services

### memorandum

To: Vicky Anderson
From: Lisa R. Douglass, H.R.
Date: January 24, 2011
RE: End of Probation Notice

---

The following person's probation is scheduled to end. Please complete this form and the attached evaluation and return them to me.

If job performance is marginal but improving, the probation may be extended. The evaluation must be completed prior to the probation due date, and must specify areas that must be improved.

If job performance is unsatisfactory, as reflected on the evaluation, and you have documentation that the employee was previously warned and has shown no improvement, the employee should not pass probation. Discharge requires the approval of your Director.

Employees must automatically pass probation unless I receive this notice that probation is extended or discontinued prior to the probation ending date.

---

Employee's Name: DeKeshia Anderson   Probation Date: 2/14/2011
Training or Requirements still due: CPR Training will be completed 2/2/2011

---

\_\_\_\_\_ Child Abuse Clearance still due. This is mailed to the employee. A copy must be sent to me.

[ ] Passed probation.

[ ] Did not pass probation. Remove from payroll effective _____.

[X] Extend probation until 3/14/2011.

Comments: DeKeshia probation was extend- cause she was out on Worker compensation. 2) ~~1st~~ 2) DeKeshia will continue to get the needed training to ~~meet the~~ qualify her for the CHS position

Vicki Anderson                              2/2/2011
Supervisor's Signature                      Date

ld 04/05

cc: Project Director

(faxed per V. Anderson's request)

DEF 71