# Exhibit 6



# TalentReservoir® EVALUATION FORM

Employee: **DeKeshia Anderson**     Assessment Date: **2/2/2011**
Supervisor: **V. Anderson**     Mobility: **✓** yes  ____ no

## PERFORMANCE AND POTENTIAL

(Check one in each column)

Potential:
1. No Foreseeable Promotion
**✓** 2. Lateral Move to Similar Position
____ 3. Promotable One Level
____ 4. Promotion Two-Four Levels
____ 5. Unlimited

Performance:
____ 1. Seldom Meets Expectations
**✓** 2. Meets Most Expectations
____ 3. Meets All Expectations
____ 4. Exceeds Expectations
____ 5. Greatly Exceeds Expectations

## CORE COMPETENCIES

Rating Scale     (Place correct number (1-5) next to each competency)
1. Seldom Meets Expectations
2. Meets Most Expectations
3. Meets All Expectations (is performing at the weight for their position)
4. Exceeds Expectations
5. Greatly Exceeds Expectations

| Competency | Rating | Competency | Rating |
|---|---|---|---|
| Communication | 2 | Financial Responsibility | 4 |
| Follow Through | 2 | Innovation | 2 |
| Integrity and Trust | 3 | Job Skills/Functional Knowledge | 2 |
| Leadership | 2 | Positive Approaches/Respect for Others | 2 |
| Problem Solving | 3 | Responsiveness | 3 |
| Safeguards | 4 | Team Participation | 3 |

## NEXT POSITION[S] EMPLOYEE COULD MOVE TO

Position Title

Replacement Status (when they will be ready)

## REPLACEMENT[S] FOR EMPLOYEE

Name (who could replace employee)

Status (when they would be ready)

My signature below acknowledges that my supervisor and I have discussed this evaluation but does not necessarily mean that I fully agree with it.

Employee Signature     Date: 2-2-11

Supervisor Signature: **Vicki Anderson**     Date: 2/2/11

**Action Plan on reverse side must also be completed and signed.**

May 2006   First Side of TalentReservoir® Evaluation Form    TalentReservoir® is a registered trademark of Lance A. Berger and Associates, LTD.

DEF 72

## Action Plan

**Areas of Strength**

The relationship with the residents and staff is positive. Dekeshia is a strong supervisor and handles herself very good under pressure.

**Areas Needing Development**

+ Stay on top of Doctor Appts and filing. Needs to develop a system to teach staff to help her with paper work.

**Action Plan**

The Projector director will continue to assist Dekeshia in different Training needed to complete her role as a CHS. Such as supervisory Training coming up in the spring.

My signature below acknowledges that my supervisor and I have discussed this action plan but does not necessarily mean that I fully agree with it.

_Dekeshia Anderson_ — Employee Signature       2-7-11  Date

_Vicki Anderson_ — Supervisor Signature        2/2/11  Date