# Exhibit 7

# KEN CREST SERVICES

## SUPERVISORY CONTACT SHEET

Staff Name: Dekeshia Anderson
Supervisor: Valerie Van Kirk
Program: 5500 Henry Ave
Date of Contact: 2/28/2011

Position: Community Home Supervisor
Position: Assistant Project Director
Division: Philadelphia
Reason for Contact: Reports of not Speaking positively to Staff.

**Issue of concern:** Reports of speaking to staff in unprofessional tones and language, including use of profanity.

**Expectation:** I expect that you use respect and display professionalism when speaking to anyone while acting on part as a representative of KenCrest Services. As a Community home Supervisor you are in a position that requires Constant teaching. Although there may be times that you feel someone should know better than a situation, you must respond in a positive manner. As you are learning your position and the expectations set forth by me I am cautioning you to be careful of your tone, body language, and choice of words. Do not at anytime use Profanity or degrading language when speaking with your staff, Individuals family members, Day Program or School staff. The house that you are currently supervising has a few key challenges and I need to have everyone in the house including you on the same page. I expect to have a great team at Henry Avenue and part of that is having a great Supervisor as I am sure you can prove to be. I have signed you up for the Supervisory Certificate training which runs from April 4th 2011 to May 9th 2011 which will help you to better understand the actions required and the knowledge necessary to be successful as a Community Home Supervisor. Please do not give any kind of disciplinary actions or Supervisory Contacts without first discussing it with me and having Lois Johnston Review it.

Failure to follow the expectations discussed above may be viewed as insubordination and may result in further disciplinary actions.

Staff Signature: _Dekeshia Anderson_  Date: 3-1-11
Supervisor's Signature: _____  Date: _____
Project Director's Signature: _Valerie Van Kirk_  Date: 3-1-11

P1